MINAL DOCKET  U.S. District Court

| | U.S. | | | Mo | Day | Yr | Docket No | Ext |
|---|---|---|---|---|---|---|---|---|
| | VS | (LAST, FIRST MIDDLE) | | 5 | 5 | 89 | 0264 | |

113C 1  3C30/3CBB

- WRIT
- JUVENILE
- ALIAS

Assigned
Disp /Sentence

Misd.
Felony

District  Off  Judge/Magistr

▷ • CAULEY, JOHN WILLIE   5/31/90
a/k/a John Causey

85-3

No of Def'ts 1

U.S MAG CASE NO

OFFENSE ON INDEX CARD

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM NG |
|---|---|---|---|
| 18:922(g)(1) 924(a)(1)(B) 924(e)(1) | FIREARMS violation by a convicted felon CT 1 & 2 | 2 | |

SUPERSEDING COUNTS

## II. KEY DATE

| INTERVAL ONE | | END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) | END INTERVAL TWO |
|---|---|---|---|
| KEY DATE | arrest / sum'ns / custody / appears on complaint | Indictment filed/unsealed / consent to Magr. trial on complaint / Information / Felony W/waiver | a) 1st appears on pending charge /R40 b) Receive file R20/21 c) Supsdg Indt Inf d) Order New trial e) Remand f) G/P Withdrawn | KEY DATE | Dismissal / Pled guilty After N.G / Nolo After nolo / Trial (voir dire) began / Jury N.J |
| EARLIEST | APPLICABLE 5/4/89 | | APPLICABLE |

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED on S.T grounds W.P. WOP | DISMISSED on def motion on gov't motion |

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | | INITIAL/NO. | OUTCOME |
|---|---|---|---|---|---|---|
| Summons | Issued / Served | | | INITIAL APPEARANCE DATE ▶ | | DISMISSED HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Arrest Warrant Issued | | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled ▶ Date Held ▶ | HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| COMPLAINT ▶ | | | | WAIVED  NOT WAIVED | Tape Number | |
| Date of Arrest | OFFENSE (In Complaint) | | |  INTERVENING INDICTMENT | | |

Show last names and suffix numbers of other defendants on same indictment/information.

RULE

| | 20 | 21 | 40 | In | Out |
|---|---|---|---|---|---|

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS
U.S. Attorney or Asst

12025/P1

Defense: 1  CJA   2  Ret   3  Waived.   4  Self.   5  Non / Other.   6 ☒ PD.   7  CD

DEFT ATTY: HELEN C. TRAINOR AFPD
536-6900 x108
FAX 530-7120

5/9/96

BAIL • RELEASE

### PRE INDICTMENT

Release Date

Bail Denied

AMOUNT SET
$

Date Set

Bail Not Made

Date Bond Made

- Fugitive
- Pers. Rec.
- PSA
- Conditions
- 10% Dep.
- Surety Bond
- Collateral
- 3rd Prty
- Other

### POST - INDICTMENT

Release Date

Bail Denied

AMOUNT SET
$

Date Set

Bail Not Made

Date Bond Made

- Fugitive
- Pers. Rec.
- PSA
- Conditions
- 10% Dep.
- Surety Bond
- Collateral
- 3rd Prty
- Other

## FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE | DOCUMENT NO | V. PROCEEDINGS | | |
|---|---|---|---|---|

89-0264-TES

## V. PROCEEDINGS

| | | | | |
|---|---|---|---|---|
| **1989** | | | | |
| MAY 5 | 1 | INDICTMENT filed Miami,FL. | | hr |
| 5 | 2 | WARRANT for arrest issued 5/5/89. | | hr |
| Jun 30 | 3 | ORDER(TES-6/30/89) TRANSFERRING to fugitive status until deft is apprehended & brought before Court. (EOD-7/3/89-CCAP). | | cs |
| Sep 28 | 4 | DEMAND for speedy trl. | | cs |
| Oct 3 | 5 | WRIT of H/C ad pros for intl app on 10/23/89 at 9:00 am. (EOD-10/5/89-CCAP). | | cs |
| 26 | 6 | RETURN of warr for arst exec 10/24/89. | | cs |
| 27 | 7 | REPORT comm crim action, #35083-004, DOB 12/15/60. (Cy to Judge). | | cs |
| 27 | 8 | ORDER & ADVICE (WCT-10/24/89) Intl app 10/24/89, arst (writ) 10/24/89, temp ptd, Tape No. 89B-109-2870. (EOD-10/31/89-CCAP). | | cs |
| Nov 8 | 9 | GOVT'S RESPONSE to SDO. | | cs |
| 8 | 10 | DETENTION ORDER (TEB-11/3/89) (EOD-11/9/89-CCAP). | | cs |
| 29 | 11 | ORDER (TES-11/29/89) REMOVING case from fugitive file. (EOD-12/4/89-CCAP). | | cs |
| DEC. 14 | 12 | GOVT'S SPEEDY trl rpt. | | agd |
| 21 | 13 | UNOPPOSED MOTION for cont. | | cs |
| **1990** | | | | |
| Jan 3 | 14 | ORDER(TES 1/3/90) GRANTING Mot to cont trial & trial reset for 2wk cal comm 1/29/90. Cal call on 1/24/90 @9:30AM. Excl time from 12/21/89 to 1/29/90. (EOD 1/8/90-CCAP). | | dmt |
| 23 | 15 | MOTION to supp & incorp. memo of law. | | njf |
| 31 | 16 | NOTICE of unavailabilty for trl. | | njf |
| Feb 7 | 17 | NOTICE of waiver of right to speedy trl. | | njf |
| 13 | 18 | GOVT'S MOTION & memo of law in supp of order compelling deft subm fingerprints. | | njf |
| 13 | 19 | GOVT'S RESPONSE to deft's m/supp. | | njf |
| 15 | 20 | GOVT'S NOTICE of intent to use evid purs to rule 404(b) Fed. R. Evid. | | njf |
| 15 | 21 | MINUTES on 2/7/90 of cal call. | | njf |
| 16 | 22 | ORDER(TES-2/16/90)CONTINUING trl to 3/19/90. Cal call @ 3/7/90 @ 9:30 am. EXCL time from 2/15/90 to 3/30/90. (EOD-2/22/90-CCAP). | | njf |
| 16 | 23 | ORDER(TES-2/16/90)THAT deft produce fingerprints to Agent Tom Dykstra of ATF. (EOD-2/22/90-CCAP). | | njf |
| Mar 19 | 24 | GOVT'S RESPONSE to SDO w/attach fingerprints. | | njf |
| Apr 03 | 25 | MOTION in limine & incorp memo. | | njf |
| 04 | 26 | GOVT'T MOTION in limine to present evid fo an extrinsic act purs to rule 404(b) FRCP in its case-in-cheif or in re-buttal, & incorp memo. | | njf |
| 04 | 27 | GOVT'S REQUESTED jury instr. | | njf |
| 04 | 28 | GOVT'S REQUESTED voir dire questions. | | njf |
| 09 | 29 | GOVT'S WITNESS List. | | njf |
| 09 | 30 | GOVT'S REQUESTED instr to the jury. | | njf |
| 09 | 31 | REDACTED ind used at trl ref ct 1 (ct 2 on orig ind). | | njf |
| 09 | 32 | MINUTES on 4/4/90 of day 1 trl case cont to 4/5/90 @ 8:30 am to resume trl. | | njf |

CONT...

CONTINUED TO PAGE

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

AO 256A ⊕

| | | Yr | Docket No | Def. |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|------------------------|------|------|------|------|
| | | (Document No.) | (a) | (b) | (c) | (d) |

1990

| | | | | | | |
|-----|----|---|---|---|---|---|
| Apr | 09 | 33 MINUTES on 4/5/90 of day 2 of trl & trl ends case cont to 6/11/90 @ 8:45 am for sent. | | | | njf |
| | 09 | 34 VERDICT of guilty as to ct 1 of ind. | | | | njf |
| | 09 | 35 ORDER(TES-4/4/90) DISMISSING ct 1 of ind. (EOD-4/10/90-CCAP-M). | | | | njf |
| | 09 | 36 NOTICE of sent on 6/11/90 @ 8:45 am to ct 1 (ct 2 on orig ind). | | | | njf |
| | 10 | 37 INTRA-OFFICE receipt from records to courtroom deputy of trl exh's on 4/4/90 & 4/5/90 consisting of 1 small brown envelope as of 4/9/90. | | | | njf |
| | 30 | 38 GOVT'S SENTENCING memo upward departure requested. | | | | njf |
| May | 31 | 39 NOTICE resetting trl & cal call for 7/13/90 @ 8:30 am for sent. | | | | njf |
| July | 20 | 40 RESPONSE to govt's request for upward departure. | | | | njf |
| | 20 | 41 MINUTES on 7/20/90 of sent reset case cont to 7/26/90 @ 8:45 am. | | | | njf |
| | 24 | 42 GOVT'S REPLY in supp of upward departure & citation of supp auth. | | | | njf |
| | 31 | 43 MINUTES on 7/26/90 of sent. Bond on appeal denied. | | | | njf |
| | 31 | 44 J&C(TES-7/31/90)IMPR 540 mo(s) & 5 yrs supervised release as to ct 1. Deft is to receive credit for time svc'd. Recommendation incarceration at a maximum security facility. Deft is remanded to USM. W/in 72 hrs of release from cust of the Bureau of Prisons, the deft shall rpt in person to the USPO in the district to which the deft is released. ASSESSED $50.00. (EOD-8/1/90-CCAP-M). 85-3 | | | | njf |
| | 31 | 45 ORDER(TES-7/31/90) APPOINTING FPD. (EOD-8/1/90-CCAP). | | | | njf |
| Aug | 10 | 46 NOTICE OF APPEAL: by deft. from J & C entered 8/1/90 (Copies to USCA, AUSA, USM, USP and Attorney of Record) (NO FEE REQUIRED) | | | | sl |
| | 21 | --: USCA ack rcpt of NOA, USCA case # 90-5671. | | | | vfr |
| | 30 | 47 MOTION for clarif of J&C. | | | | njf |
| Sept | 18 | 48 ORDER(TES-9/18/90)CLARIFYING j&c order of 7/26/90 to reflect that the sent imposed by this court is to run conc w/sent imposed in the State court & which deft was serving at the time of sent by this court. (EOD-9/21/90-CCAP). | | | | njf |
| Oct | 23 | 49 TRANSCRIPT of trl proceed's., on 4/4/90 pgs 1-1 thur 1-96 before Judge Thomas E. Scott. | | | | njf |
| | 23 | 50 TRANSCRIPT of trl proceed's on 4/5/90 before Judge Thomas E. Scott pgs 2-1 thur 2-69. | | | | njf |

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

89-264-CR-TES

| DATE | | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|---|
| | | | (Document No.) | (a) | (b) | (c) | (d) |
| 1990 | | | | | | | |
| OCT | 30 | 51 | TRANSCRIPT of proceedings held 7/26/90, pgs 1-25. | | | | ddg |
| NOV | 8 | -- | CERTIFICATE OF READINESS ROA transm to USCA (USCA#90-5671) | | | | pv |
| | 21 | -- | USCA ack receipt of Cert of Readiness (USCA #90-5671). | | | | ea |
| 1991 | | | | | | | |
| MAY | 24 | -- | RECORD ON APPEAL transmitted to USCA consisting of 1 vol of pldgs, 3 vols of transc, 1 accordion folder w/exhs & 1 sealed envelope w/PSI. (USCA #90-5671). | | | | ea |
| JUNE | 6 | -- | USCA ack receipt of ROA consisting of 1 vol of pleadings, 2 vol of transcripts & 1 accordian folder w/exhs & 1 sealed Env. w/PSI | | | | lk |
| 1992 | | | | | | | |
| JUN 18 | | 52 | MANDATE(USCA-5/13/92) AFFIRMING Judgment of District Court. (USCA #90-5671) ROA consisting of 4 vols, 1 accordian folder w/exhs & 1 sealed envelope ret'd. | | | | ea |
| 1994 | | | | | | | |
| JAN | 20 | 53 | MOTION to Vacate 2255 (94-119-CIV-LCN) | | | | co |
| JAN | 20 | 54 | MEMORANDUM in Support of motion to vacate 2255 | | | | co |
| JAN | 20 | 55 | MOTION to Proceed In Forma Pauperis | | | | co |
| JAN | 26 | 56 | NOTICE of Filing 2255 motion to AUSA | | | | co |
| | 26 | 57 | ORDER(LCN 1/26/94) referring 2255 mot to Magistrate Judge Garber for R&R (EOD 1/28/94 CCAP) | | | | hr |
| AUG | 26 | 58 | ORDER(BLG 8/24/94) that resp show cause why petition should not be granted by 9/14/94 (EOD 9/1/94 CCAP) | | | | hr |
| SEP | 29 | 59 | GOVT RESPONSE to 2255 mot & mot for dflt; and for 45 day ext'n to resp. | | | | hr |
| * | 22 | 60 | MOTION for judgment by default, alt for s/j as to 2255 mot. | | | | hr |
| OCT | 7 | 61 | ORDER(LCN 10/6/94) that govt resp to mot for dflt jgm by 11/15/94 (EOD 10/11/94 CCAP) | | | | hr |
| | 20 | 62 | GOVT resp to 2255 petition. | | | | hr |
| | 31 | 63 | MOTION ext'n resp to mot dism 2255 mot. | | | | hr |
| NOV | 18 | 64 | REPLY to Govt's Resp to §2255 Motion | | | | jlw |
| DEC | 5 | 65 | R&R( BLG 12/5/94) that mot under 2255 be denied; ptys may object w/i 10 days from date this report to District Judge(EOD 12/8/94 CCAP) | | | | hr |
| 1995 | | | | | | | |
| JAN | 9 | 66 | MOTION ext'n to file obj to R&R out of time. | | | | hr |
| | 30 | 67 | OBJECTIONS to Magistrate's R&R. | | | | hr |
| * | 23 | 68 | ORDER(LCN 1/20/95) granting ext'n file obj to 1/30/95 (EOD 2/13/95 CCAP) | | | | hr |
| FEB | 24 | 69 | ORDER(LCN 2/24/95) that AUSA respond to movant's objections to R&R w.in 15 days from date this order(EOD 2/28/95 CCAP) | | | | hr |
| MAR | 3 | 70 | GOVT MOTION ext'n resp to movant's obj to R&R. | | | | hr |
| | 20 | 71 | ORDER(LCN 3/15/95) GRANTING govt ext'n to through 4/14/95 to resp to obj to R&R (EOD 3/22/95 CCAP) | | | | hr |
| APR | 03 | 72 | GOVT'S RESPONSE to objs to Mags' R&R. | | | | cah |
| | 7 | 73 | REPLY to Govt's resp to objections to Mag's R&R | | | | dmt |
| 1996 | | | | | | | |
| APR | 3 | 74 | SUPPLEMENTAL MEMORANDUM in supp of M/mod sent. | | | | cg |
| May | 02 | 75 | ORDER (BLG 5/2/96) STRIKING petr's suppl memo from the record (EOD 5/9/96-CCAP). | | | | sal |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

CAULEY, JOHN WILLIE

AO 256A ⊕

89-264-SCOTT (LCN)

Yr. | Docket No. | Def.

| DATE 1996 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| APR 23 | 76   GOVT RESPONSE to 2255 mot. | | hr | | |
| MAY 2 | 77   ORDER(BLG 5/2/96) striking supplemental memo to 2255 mot (EOD 5/7/96 CCAP) | | hr | | |
| 9 | 78   MOTION for leave to file supplemental auth | | hr | | |
| 9 | 79   NOTICE of suppl auth to 2255 mot filed 1/30/95. | | hr | | |
| 21 | 80   ORDER(BLG 5/20/96) GRANTING mot to file supplemental auth (EOD 5/27/96 CCAP) | | hr | | |
| JUL 24 | 81   NOTICE of suppl auth pur to 2255 mot. | | hr | | |
| SEP 19 | 82   ORDER(LCN 9/18/96) to incl refiled objection in the record (EOD 9/30/96 CCAP ) | | hr | | |
| 26 | 83   JOINT MOTION for 7-day ext/time to submit joint Rule 10(e) M/suppl record w/pltf's objs to R&R. | | cs | | |
| 1997 JAN 27 | 84   ORDER (LCN-1/24/97) OVERRULED movant's obj to mag Garber's R&R. Motion to reduce his sent is denied & the case is DISMISSED. (EOD-2/7/97) | | cb | | |
| FEB 25 | 85   MOTION for relief from final order, for appt of new counsel, or for a certificate of appealability. | | cb | | |
| *24 | 86   **NOTICE OF APPEAL** by deft from the Order denying Motion to reduce sentence entered 2/7/97. (Copies to USCA, USM, USPO, & Atty of Record. (No fee required) | | | | |
| MAR 31 | --- USCA ack receipt of NOA (USCA #97-4431) | | ps | | |
| JUNE 11 | 87   NOTICE of suppl auth. | | cb | | |
| AUG 14 | 88   NOTICE of filing  mo to reinstate appeal and order briefing schedule with the 11th Cir. | | mlq | | |
| DEC 15 | 89   UNOPPOSED MOTION to w/d M/cert of appealability. | | cg | | |
| 1998 Jan 19 | 90   ORDER (LCN 12/18/97) GRANTING Deft's motion to withdraw pending motion for relief from final Order, for appointment of new counsel, or for a COA. (EOD-1/8/98). | | | ep | |
| Feb 23 | -- APPEAL INFORMATION SHEET - all transc on file. | | cg | | |
| Jul 10 | -- CERTIFICATE OF READINESS  transm to USCA. (USCA #97-4431). | | | ep | |
| 10 | -- TRANSMITTED  ROA to USCA (Miami Office) consisting of 1 volume of pleadings, 4 volumes & 1 accordion folder of exhibits, and 1 sealed envelope containing PSI. (USCA #97-4431). | | | ep | |