UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,              CASE NO. 89-264-CR-DIMITROULEAS

    Plaintiff,

vs.

JOHN W. CAULEY,

    Defendant.
_____/

**O R D E R**

THIS CAUSE is before the Court on Defendant's <u>pro se</u> July 27, 2015 Request for Appointment of Counsel [DE-93]. The Court has reviewed the Court file, the briefs in 1998 WL 34115655, and the Pre-Sentence Investigation Report (PSIR) and finds as follows:

    1. On April 5, 1990, Cauley was found guilty of Possession of a Firearm by a Convicted Felon.

    2. On July 26, 1990, Cauley was sentenced to 540 months in prison as an Armed Career Criminal (ACCA).

    3. The Eleventh Circuit Court of Appeals affirmed.

    4. On January 27, 1997, the trial court denied a Motion to Vacate. The Eleventh Circuit affirmed on May 21, 1999. <u>Cauley v. U.S.</u>, 181 F. 3d 107 (11th Cir. 1999). The United States Supreme Court denied certiorari on November 1, 1999. <u>Cauley v. U.S.</u>, 528 U.S. 979 (1999). Mandate issued on November 5, 1999.

    5. In this instant motion, Cauley requests the appointment of counsel to assist him in seeking relief pursuant to <u>Johnson v. U.S.</u>, 135 S. Ct. 2551 (2015). Cauley contends that he now lacks the predicate convictions to qualify for ACCA treatment.

6. There is no right to the appointment of counsel to file a post conviction motion. <u>Ellis v. U.S.</u>, 313 F. 3d 636, 652 (1st Cir. 2002). However, the Court has the discretion to appoint counsel in an appropriate case.

7. Cauley's PSIR reflects the following predicate convictions:

    A. Burglary of a Dwelling – March 19, 1978 (paragraph 29)

    B. Robbery – June 24, 1979 (paragraph 31)

    C. Burglary of Structure – July 23, 1979 (paragraph 32)

    D. Burglary of a Dwelling – September 7, 1980 (paragraph 33)

    E. Resisting Officer with Violence – October 4, 1981 (paragraph 34).

    F. Trafficking in Heroin and Possession with Intent to Sell or Purchase a Controlled Substance – January 27, 1989 (paragraph 39).

Cauley clearly qualified for ACCA treatment, without resort to the residual clause. <u>U.S. v. Tinker</u>, 2015 WL 4430678 (11th Cir. 2015).

Wherefore, Cauley's Request for Appointment of Counsel [DE-93] is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of August, 2015.

*[signature: William P. Dimitrouleas]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

John W. Cauley, #35083-004
c/o FCC Coleman Medium
PO Box 1032
Coleman, FL  33521

US Attorney's Office